UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS FIERRO and YADIRA PELLEGRIN,<br><br>   Plaintiffs,<br><br>vs.<br><br>INGLEY ORELLANA, *et al.*,<br><br>   Defendants.<br><br>AND RELATED CASES | Case No.  2:13-cv-00909-RFB-GWF<br><br>Consolidated with:<br>Case No. 2:13-cv-00913-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation and Order to Extend Discovery Deadlines (Fifth Request) (#130).  The Court has granted previous extensions of the discovery deadlines, the net effect of which has been to give the parties 570 days in which to complete discovery in this action.  Although the Court appreciates the parties' desire to pursue mediation before conducting expert witness depositions, further discovery extensions cannot be justified.  Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation and Order to Extend Discovery Deadlines (Fifth Request) (#130) is **denied**.

DATED this 12th day of November, 2014.

                   _____
                   GEORGE FOLEY, JR.
                   United States Magistrate Judge