# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARLOS FIERRO and YADIRA PELLEGRIN, )
                    Plaintiffs, )    Case No. 2:13-cv-00909-RFB-GWF
vs. )    Consolidated with:
    )    Case No. 2:13-cv-00913-JCM-GWF
INGLEY ORELLANA, *et al.*, )
                    Defendants. )    **ORDER**

AND RELATED CASES )

    This matter is before the Court on Defendants Alan Ritchey, LLC, dba Alan Ritchey, Inc. and Ingley Orellana's Emergency Motion to Continue Discovery Cutoff (#135) filed December 12, 2014. The Court conducted a hearing on December 22, 2014. Accordingly,

    **IT IS ORDERED** Defendants Alan Ritchey, LLC, dba Alan Ritchey, Inc. and Ingley Orellana's Emergency Motion to Continue Discovery Cutoff (#135) is **granted**. The following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **February 23, 2015**

    2.    Last date to file dispositive motions: **March 25, 2015**

    3.    Last date to file joint pretrial order: **April 24, 2015**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

    DATED this 22nd day of December, 2014.

                                                     */s/ George Foley, Jr.*
                                                     GEORGE FOLEY, JR.
                                                     United States Magistrate Judge